

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br> v.<br><br>Alberto FERNANDEZ,<br><br>       Defendant. | Case No.: 23MJ8834-LR<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant duly sworn states:

On or about November 1, 2023, within the Southern District of California, Alberto FERNANDEZ, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the Probable Cause Statement, which is incorporated herein by reference.

_____
Task Force Officer Francisco Muñoz
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 2nd day of November, 2023.

_____
HON. LUPE RODRIGUEZ JR
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
   v.
Alberto FERNANDEZ

## STATEMENT OF FACTS

This Complaint and Statement of Facts are based on the reports, documents, and notes furnished to Homeland Security Investigations Task Force Officer Francisco Muñoz.

On November 1, 2023, Customs and Border Protection Officer (CBPO), J. Mendez, was assigned to primary inspection at the pedestrian lanes of the Calexico, California East Port of Entry. At approximately 1:30 p.m., Alberto FERNANDEZ arrived at primary inspection and provided a negative declaration. FERNANDEZ was in possession of a light blue water jug and CBPO Mendez opted to escort FERNANDEZ to pedestrian secondary for a pat down due to system generated alert. FERNANDEZ did not have any contraband on his person. CBPO Mendez inspected the light blue Coleman water jug FERNANDEZ carried and noticed the water jug weighed heavier than expected. CBPO Mendez also noticed the water jug felt crunchy when he squeezed it. CBPO Mendez requested assistance from CBPO E. Barroso, who is a certified canine handler. CBPO Barroso utilized his service canine to conduct a sniff of FERNANDEZ's water jug. CBPO Barroso's canine positively alerted to the water jug for narcotics.

CBPOs conducted a thorough search of the water jug and subsequently discovered a package hidden within the water jug's lining. CBPOs noticed the package was vacuum sealed and it contained a white crystal-like substance. CBPO R. Plancarte utilized the Thermo Scientific GEMINI analyzer to conduct a field test on the package. After CBPO

Plancarte analyzed the vacuum sealed package, the GEMINI identified the white crystal-like substance to contain the properties of methamphetamine hydrochloride. The total weight of the package was determined to be approximately 1.20 kilograms (2.64 pounds).

FERNANDEZ was placed under arrest and advised of his rights as per Miranda. FERNANDEZ stated he understood his rights and agreed to make a statement without the presence of an attorney. FERNANDEZ denied knowledge the drugs were in the water jug. FERNANDEZ stated he was on his way to work and was attempting to stay out of trouble following his recent arrest. FERNANDEZ admitted to previously being arrested after attempting to smuggle narcotics through the Calexico Port of Entry.

FERNANDEZ was placed under arrest and charged with a violation of Title 21, United States Code sections 952 and 960, for Importation of a Controlled Substance and booked into the El Centro GEO Detention Center to await initial appearance.